Decided June 2, 2005

## STATE OF CONNECTICUT *v.* ARNOLD PAYNE

The defendant's petition for certification for appeal from the Appellate Court, 88 Conn. App. 656 (AC 25215), is denied.

NORCOTT, J., did not participate in the consideration or decision of this petition.

*Deborah G. Stevenson,* special public defender, in support of the petition.

*Timothy J. Sugrue,* senior assistant state's attorney, and *Eileen F. McCarthy,* assistant state's attorney, in opposition.

Decided June 2, 2005